Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  acaine@pszjlaw.com

Specially appearing for Defendant
Shaman Baskhi

**FILED & ENTERED**

**AUG 27 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY egarcia    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>          Debtors | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>SHAMAN BAKSHI,<br><br>          Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**Status Conference:**<br>Date:   October 11, 2018<br>Time:   10:00 a.m.<br>Place:  255 E. Temple St., Courtroom 1368<br>           Los Angeles, CA 90012<br>Judge:  Honorable Vincent P. Zurzolo |

The Court has considered the *Stipulation Extending Deadline for Defendants to Respond to Complaint*, dated August __, 2018 [Docket No. 5 - herein the "<u>Stipulation</u>"], as agreed to by Stephen

1

DOCS_LA:316471.1 68700/001

Cheikes and The Storytellers Group Enterprises Co., Shaman Bakshi (the "Defendant"), and good cause appearing, IT IS ORDERED:

1. The Stipulation is approved.

2. The date by which the Defendant must answer or otherwise respond to the Complaint is extended through and including August 31, 2018.

# # #

Date: August 27, 2018

Vincent P. Zurzolo
United States Bankruptcy Judge

DOCS_LA:316471.1 68700/001