NEWMEYER & DILLION LLP
J. NATHAN OWENS, CBN 198546
AMTOJ S. RANDHAWA, CBN 301360
895 Dove St., Fifth Floor
Newport Beach, California 92660
(949) 854-7000 / (949) 854-7099 (Fax)
Nathan.Owens@ndlf.com
Amtoj.Randhawa@ndlf.com

Attorneys for Plaintiffs
STEPHEN CHEIKES, an individual; and
THE STORYTELLERS GROUP
ENTERPRISES CO., a Canadian corporation

**FILED & ENTERED**

MAR 26 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>SHAMAN BAKSHI,<br><br>              Debtor.<br><br>STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation;<br><br>              Plaintiffs,<br><br>    v.<br><br>SHAMAN BAKSHI,<br><br>              Defendant. | CASE NO.:    2:18-BK-14672- VZ<br>CHAPTER:    7<br><br>ADV PROC. NO.: 2:18-AP-01235-VZ<br><br>**ORDER APPROVING STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>*[Stipulation to Extend Discovery Deadlines filed concurrently herewith]*<br><br>**Pretrial Conference Date:**<br>**Date: November 14, 2019**<br>**Time: 11:00 a.m.**<br>**Courtroom: 1368** |

    Having read the parties' Stipulation to Extend Discovery Deadlines, and good cause appearing, **IT IS ORDERED that the Stipulation is APPROVED and** the Court's Scheduling Order (ECF 15) is amended as follows:

(1) All discovery must be completed by **June 17, 2019**, including receipt of written responses to discovery requests, and filing of all expert reports and supporting declarations; and

(2) The last date for pre-trial motion to be heard is **October 7, 2019** except for a motion to approve a settlement or a motion to exclude evidence at trial.

####

Date: March 26, 2019

Vincent P. Zurzolo
United States Bankruptcy Judge