NEWMEYER & DILLION LLP
J. NATHAN OWENS, CBN 198546
AMTOJ S. RANDHAWA, CBN 301360
895 Dove St., Fifth Floor
Newport Beach, California 92660
(949) 854-7000 / (949) 854-7099 (Fax)
Nathan.Owens@ndlf.com
Amtoj.Randhawa@ndlf.com

Attorneys for Plaintiffs
STEPHEN CHEIKES, an individual; and
THE STORYTELLERS GROUP
ENTERPRISES CO., a Canadian corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SHAMAN BAKSHI,<br><br>              Debtor. | CASE NO.:     2:18-BK-14672- VZ<br>AP CASE NO.:  2:18-AP-01235-VZ<br>JUDGE:       Vincent P. Zurzolo |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation;<br><br>           Plaintiffs,<br><br>    v.<br><br>SHAMAN BAKSHI,<br><br>           Defendant. | **NOTICE OF FILING OF SIGNATURE PAGE FOR PRE-TRIAL STIPULATION (ECF 121)** |

NEWMEYER & DILLION LLP

1   **IT IS SO STIPULATED**.

2   Dated:  July 9, 2020                    NEWMEYER & DILLION LLP

3

4                                            By: */s/ Amtoj S. Randhawa*

5                                                Amtoj S. Randhawa
                                                 Attorneys for Plaintiffs
6                                                STEPHEN CHEIKES, an individual; and
                                                 THE STORYTELLERS GROUP
7                                                ENTERPRISES CO., a Canadian
                                                 corporation
8

9   Dated:  July 9, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

10

11                                           By: _____

12                                               Jeffrey P. Nolan
                                                 Attorneys for Defendant
13                                               SHAMAN BAKSHI

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2518.102 / 8847008.1                              - 29 -