| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEWMEYER & DILLION LLP<br>J. NATHAN OWENS, CBN 198546<br>AMTOJ S. RANDHAWA, CBN 301360<br>895 Dove St., Fifth Floor<br>Newport Beach, California 92660<br>(949) 854-7000 / (949) 854-7099 (Fax)<br>Nathan.Owens@ndlf.com<br>Amtoj.Randhawa@ndlf.com | **FILED & ENTERED**<br><br>**SEP 04 2020**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY johnson   DEPUTY CLERK |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  ☒  Plaintiff   ☐  Defendant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SHAMAN BAKSHI<br><br><br>Debtor. | CASE NO.:  2:18-bk-14672 VZ<br><br>CHAPTER:<br><br>ADVERSARY NO.: 2:18-AP-01235 VZ |
|---|---|
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation<br><br><br><br>Plaintiff,<br><br>vs.<br><br><br>SHAMAN BAKSHI,<br><br><br><br>Defendant. | **ORDER ON PRE-TRIAL STIPULATION**<br><br><u>**Continued Pre-Trial Conference**</u><br>**DATE**: January 21, 2021<br>**TIME**:  11:00 a.m.<br>**COURTROOM**: 1368<br>**PLACE**:  Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

On July 9, 2020 the parties to this adversary proceeding filed a joint Pre-Trial Stipulation

("Joint PTS") as docket entry # 121, according to the format and content set forth in this court's Model Pre-

Trial Stipulation.  On July 23, 2020, a hearing on the Joint PTS was conducted at which the court made findings

and conclusions, ordered that the parties file a Supplement to the Joint PTS (the "Supplement") and further

ordered that the hearing on the Joint PTS be continued to August 27, 2020 at 11:00 a.m.  On July 29, 2020, the

parties filed the required Supplement (the Joint PTS and the Supplement are collectively referred to herein as

the "Joint PTS").  On August 27, 2020, a hearing on the Joint PTS was conducted at which the court further

continued the pre-trial conference to January 21, 2021.

Having reviewed the Joint PTS, and based upon the findings and conclusions made at the pre-

trial conference captioned above, **IT IS ORDERED** that:

☒ The Joint PTS, is approved.

☐ The Joint PTS is not approved.

☐ Other:

### 

Date: September 4, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge