United States Bankruptcy Court
Central District of California

Cheikes,
    Plaintiff                                          Adv. Proc. No. 18-01235-VZ

Bakshi,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2            User: admin              Page 1 of 1              Date Rcvd: Sep 04, 2020
                                Form ID: pdf031          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
dft            +Shaman Bakshi,   710 N. El Centro Avenue,   #303,   Los Angeles, CA 90038-4123
pla            +Stephen Cheikes,   895 Dove St,   5th Floor,   Newport Beach, Ca 92660-2999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla             The Storytellers Group Enterprises Co.
                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2020 at the address(es) listed below:
      Amtoj S Randhawa    on behalf of Plaintiff    The Storytellers Group Enterprises Co.
               Amtoj.Randhawa@ndlf.com,   audrey.evans@ndlf.com
      Amtoj S Randhawa    on behalf of Plaintiff Stephen   Cheikes Amtoj.Randhawa@ndlf.com,
               audrey.evans@ndlf.com
      Brad D Krasnoff (TR)    BDKTrustee@DanningGill.com,   bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
      Jeffrey P Nolan    on behalf of Defendant Shaman   Bakshi jnolan@pszjlaw.com
      Jeffrey P Nolan    on behalf of Plaintiff    The Storytellers Group Enterprises Co.
               jnolan@pszjlaw.com
      Jeffrey P Nolan    on behalf of Plaintiff Stephen   Cheikes jnolan@pszjlaw.com
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 7

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEWMEYER & DILLION LLP<br>J. NATHAN OWENS, CBN 198546<br>AMTOJ S. RANDHAWA, CBN 301360<br>895 Dove St., Fifth Floor<br>Newport Beach, California 92660<br>(949) 854-7000 / (949) 854-7099 (Fax)<br>Nathan.Owens@ndlf.com<br>Amtoj.Randhawa@ndlf.com | **FILED & ENTERED**<br><br>SEP 04 2020<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** johnson **DEPUTY CLERK** |
| ☐ *Individual appearing without attorney*<br>☒ Attorney for: ☒ Plaintiff  ☐ Defendant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SHAMAN BAKSHI<br><br><br>Debtor. | CASE NO.: 2:18-bk-14672 VZ<br><br>CHAPTER:<br><br>ADVERSARY NO.: 2:18-AP-01235 VZ |
|---|---|
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation<br><br>Plaintiff,<br><br>vs.<br><br>SHAMAN BAKSHI,<br><br><br><br>Defendant. | **ORDER ON PRE-TRIAL STIPULATION**<br><br>**Continued Pre-Trial Conference**<br>**DATE**: January 21, 2021<br>**TIME**: 11:00 a.m.<br>**COURTROOM**: 1368<br>**PLACE**:  Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

On July 9, 2020 the parties to this adversary proceeding filed a joint Pre-Trial Stipulation ("Joint PTS") as docket entry # 121, according to the format and content set forth in this court's Model Pre-Trial Stipulation.  On July 23, 2020, a hearing on the Joint PTS was conducted at which the court made findings and conclusions, ordered that the parties file a Supplement to the Joint PTS (the "Supplement") and further

ordered that the hearing on the Joint PTS be continued to August 27, 2020 at 11:00 a.m. On July 29, 2020, the parties filed the required Supplement (the Joint PTS and the Supplement are collectively referred to herein as the "Joint PTS"). On August 27, 2020, a hearing on the Joint PTS was conducted at which the court further continued the pre-trial conference to January 21, 2021.

Having reviewed the Joint PTS, and based upon the findings and conclusions made at the pre-trial conference captioned above, **IT IS ORDERED** that:

☒ The Joint PTS, is approved.

☐ The Joint PTS is not approved.

☐ Other:

###

Date: September 4, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge