

| | |
|---|---|
| NEWMEYER & DILLION LLP | |
| J. NATHAN OWENS, CBN 198546 | |
| AMTOJ S. RANDHAWA, CBN 301360 | |
| 895 Dove St., Fifth Floor | |
| Newport Beach, California 92660 | |
| (949) 854-7000 / (949) 854-7099 (Fax) | |
| Nathan.Owens@ndlf.com | |
| Amtoj.Randhawa@ndlf.com | |

Attorneys for Plaintiffs
STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | BK. CASE NO.: 2:18-BK-14672 |
| | ADV. CASE NO.: 2:18-AP-01235-VZ |
| SHAMAN BAKSHI, | JUDGE: Hon. Vincent P. Zurzolo |
| Debtor. | **JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE** |
| | *[[PROPOSED] Order Continuing Pre-Trial Conference filed concurrently herewith]* |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation; | **Date:** October 21, 2021 |
| | **Time:** 11:00 a.m. |
| | **Place:** Courtroom 1368 |
| | **Roybal Federal Building** |
| | **255 E. Temple St.** |
| Plaintiffs, | **Los Angeles, CA 90012** |
| v. | **[FIFTH REQUEST]** |
| SHAMAN BAKSHI, | |
| Defendant. | |

Plaintiffs Stephen Cheikes and The Storytellers Group Enterprises Co. (collectively "Plaintiffs") and Defendant Shaman Bakshi ("Defendant"), by and through their respective counsel of record, respectfully request and do hereby stipulate to and request the Court's approval to continue the pre-trial conference, currently scheduled for October 21, 2021, to February 3, 2022.

/ / /

2518.102 / 9530303.1

**FACTUAL RECITAL**

1. This matter now involves a single claim for nondischaregability of debt pursuant to 11 U.S.C §523(a)(2)(A).

2. On August 27, 2020, the parties appeared at the Pre-Trial Conference in the above-captioned proceedings. In light of the Coronavirus (COVID-19) pandemic, the state and federal restrictions related to same, the Court's restrictions on in-person proceedings, and the travel restrictions impacting Plaintiff Stephen Cheikes ability to travel from Canada to the United States to participate in trial in these proceedings, the Court and the parties stipulated to continue the Pre-Trial Conference until the pandemic was under control.

3. On September 4, 2020, the Court approved the Pre-Trial Stipulation submitted by the parties and continued the Pre-Trial Conference to January 21, 2021 (ECF 128).

4. On January 15, 2021, the parties stipulated to continue the Pre-Trial Conference in light of the ongoing COVID-19 pandemic and the effects of same (ECF 130).

5. On January 19, 2021, the Court approved the parties' stipulation to continue the Pre-Trial Conference and continued the Pre-Trial Conference to June 24, 2021 (ECF 132).

6. On June 16, 2021, the parties stipulated to continue the Pre-Trial Conference in light of the ongoing COVID-19 pandemic and the effects of same (ECF 135).

7. On June 17, 2021, the Court approved the parties' stipulation to continue the Pre-Trial Conference and continued the Pre-Trial Conference to October 21, 2021 (ECF 137).

8. In light of the ongoing COVID-19 pandemic, the uptick in cases due to the Delta variant, and the current travel restrictions in place between Plaintiff Stephen Cheikes' country of residence, Canada, and the United States, the parties again request that the Pre-Trial Conference be continued to a future date.

9. Currently, there is no scheduled trial date, so there is no prejudice to any party if the Court grants the parties' requested relief. The parties aver that good cause exists to continue the pre-trial conference because the COVID-19 pandemic continues to plague the nation and the restrictions on travel remain in place.

**Relief Requested**

The parties propose that the Pre-Trial Conference be continued to February 3, 2022 at 11:00 a.m., or another date and time thereafter the best fits the Court's schedule. The parties aver that this request for a continuance of the Pre-Trial Conference is made by the parties in good faith and not for the purpose of delay.

DATED this 28th day of September 2021

_____
Jeffrey Nolan, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Attorney for *Defendant*

DATED this 28th day of September 2021

     /s/ *Amtoj S. Randhawa*
Amtoj S. Randhawa, Esq.
Newmeyer & Dillion LLP
895 Dove St., Fifth Floor
Newport Beach, CA 92660
Attorney for *Plaintiffs*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Newmeyer Dillion LLP
895 Dove Street, 5th Floor, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/29/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 Brad D Krasnoff (TR) BDKTrustee@dgdk.com, bkrasnoff@ecf.epiqsystems.com; DanningGill@gmail.com
 Jeffrey P Nolan jnolan@pszjlaw.com
 United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/29/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

 Edward R. Roybal Federal Building and Courthouse
 255 E. Temple Street, Courtroom 1368
 Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/29/2021 | Audrey Evans | /s/ Audrey Evans |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**