NEWMEYER & DILLION LLP
J. NATHAN OWENS, CBN 198546
AMTOJ S. RANDHAWA, CBN 301360
895 Dove St., Fifth Floor
Newport Beach, California 92660
(949) 854-7000 / (949) 854-7099 (Fax)
Nathan.Owens@ndlf.com
Amtoj.Randhawa@ndlf.com

Attorneys for Plaintiffs
STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation

**FILED & ENTERED**

**OCT 04 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** johnson **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SHAMAN BAKSHI,<br><br>    Debtor. | BK. CASE NO.:    2:18-BK-14672-VZ<br>ADV. CASE NO.:   2:18-AP-01235-VZ<br>JUDGE:           Hon. Vincent P. Zurzolo<br><br>**ORDER CONTINUING PRE-TRIAL CONFERENCE**<br><br>*[Stipulation to Continue Pre-Trial Conference filed concurrently herewith]* |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation;<br><br>    Plaintiffs,<br><br>    v.<br><br>SHAMAN BAKSHI,<br><br>    Defendant. | **Pre-Trial Conference Date**<br>**Date:**    **October 21, 2021**<br>**Time:**    **11:00 a.m.**<br>**Place:**   **Courtroom 1368**<br>         **Roybal Federal Building**<br>         **255 E. Temple St.**<br>         **Los Angeles, CA 90012** |

/ / /

/ / /



Having read the parties' Stipulation to Continue Pre-Trial Conference, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

- The Pre-Trial Conference, presently scheduled for October 21, 2021, is continued to February 3, 2022 at 11:00 a.m.

####

Date: October 4, 2021

Vincent P. Zurzolo
United States Bankruptcy Judge