

| | |
|---|---|
| 1 | NEWMEYER & DILLION LLP |
| | J. NATHAN OWENS, CBN 198546 |
| 2 | Nathan.Owens@ndlf.com |
| | 895 Dove Street, Fifth Floor |
| 3 | Newport Beach, California 92660 |
| | (949) 854-7000 / (949) 854-7099 (Fax) |
| 4 | |
| | Attorneys for Plaintiffs |
| 5 | STEPHEN CHEIKES, an individual; |
| | and THE STORYTELLERS GROUP |
| 6 | ENTERPRISES CO., a Canadian |
| | corporation |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | CASE NO.: | 2:18-BK-14672-VZ |
| | AP CASE NO.: | 2:18-AP-01235-VZ |
| SHAMAN BAKSHI, | JUDGE: | Vincent P. Zurzolo |
| Debtor. | | |
| | **NOTICE OF CHANGE OF** | |
| | **HANDLING ATTORNEY** | |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation; | | |
| Plaintiffs, | | |
| v. | | |
| SHAMAN BAKSHI, | | |
| Defendant. | | |

PLEASE TAKE NOTICE that effective January 14, 2022, counsel for Plaintiffs STEPHEN CHEIKES and THE STORYTELLERS GROUP ENTERPRISES CO. (collectively, the "Plaintiffs"), Amtoj S. Randhawa, Esq., will no longer be employed with the law firm of Newmeyer Dillion.

As such, J. Nathan Owens, of Newmeyer Dillion, shall become lead counsel and the handling attorney for Plaintiffs in the above-captioned action, effective

2518.102 / 9651954.1

immediately.

Please remove Amtoj S. Randhawa, Esq. from your service list and records, and please direct all and all future pleadings, correspondence and inquiries to J. Nathan Owens as follows:

J. Nathan Owens, Esq.
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, California 92660
Nathan.Owens@ndlf.com
(949) 854-7000
(949) 854-7099 (Fax)

Dated:  January 11, 2022　　　　　　　　　NEWMEYER & DILLION LLP



　　　　　　　　　　　　　　　　　　　By:  */s/ J. Nathan Owens*
　　　　　　　　　　　　　　　　　　　J. Nathan Owens
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　STEPHEN CHEIKES, an individual;
　　　　　　　　　　　　　　　　　　　and THE STORYTELLERS
　　　　　　　　　　　　　　　　　　　GROUP ENTERPRISES CO., a
　　　　　　　　　　　　　　　　　　　Canadian corporation