NEWMEYER & DILLION LLP
J. NATHAN OWENS, CBN 198546
Nathan.Owens@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, California 92660
(949) 854-7000 / (949) 854-7099 (Fax)

Attorneys for Plaintiffs
STEPHEN CHEIKES, an individual;
and THE STORYTELLERS GROUP
ENTERPRISES CO., a Canadian
corporation



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SHAMAN BAKSHI,<br><br>Debtor. | CASE NO.: 2:18-BK-14672-VZ<br>AP CASE NO.: 2:18-AP-01235-VZ<br>JUDGE: Vincent P. Zurzolo<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY** |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation;<br><br>Plaintiffs,<br><br>v.<br><br>SHAMAN BAKSHI,<br><br>Defendant. | |

PLEASE TAKE NOTICE that effective January 14, 2022, counsel for Plaintiffs STEPHEN CHEIKES and THE STORYTELLERS GROUP ENTERPRISES CO. (collectively, the "Plaintiffs"), Amtoj S. Randhawa, Esq., will no longer be employed with the law firm of Newmeyer Dillion.

As such, J. Nathan Owens, of Newmeyer Dillion, shall become lead counsel and the handling attorney for Plaintiffs in the above-captioned action, effective

2518.102 / 9651954.1

1  immediately.

2      Please remove Amtoj S. Randhawa, Esq. from your service list and records,

3  and please direct all and all future pleadings, correspondence and inquiries to

4  J. Nathan Owens as follows:

J. Nathan Owens, Esq.
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, California 92660
Nathan.Owens@ndlf.com
(949) 854-7000
(949) 854-7099 (Fax)

Dated: January 11, 2022            NEWMEYER & DILLION LLP

By: */s/ J. Nathan Owens*
    J. Nathan Owens
    Attorneys for Plaintiffs
    STEPHEN CHEIKES, an individual;
    and THE STORYTELLERS
    GROUP ENTERPRISES CO., a
    Canadian corporation



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Newmeyer Dillion LLP
895 Dove Street, 5th Floor, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF CHANGE OF HANDLING ATTORNEY_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/13/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brad D Krasnoff (TR), BDKTrustee@dgdk.com, bkrasnoff@ecf.epiqsystems.com; DanningGill@gmail.com
- Jeffrey P Nolan, jnolan@pszjlaw.com
- United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/13/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/13/2022 | Linda Kwon | /s/ Linda Kwon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**