**FILED & ENTERED**

**JAN 27 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: Shaman Bakshi<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.: 2:18-bk-14672-VZ |
| Stephen Cheikes<br><br>Plaintiff(s),<br>v.<br><br>Shaman Bakshi<br><br>Defendant(s). | Adv No: 2:18-ap-01235-VZ<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE**<br><br><u>Continued Pretrial Conference</u><br>Date: February 10, 2022<br>Time: 11:00 AM<br>Ctrm: 1368 |

Due to a conflict with the court's schedule, **IT IS ORDERED** that the pretrial conference currently set for February 3, 2022 at 11:00 a.m. is continued to February 10, 2022 at 11:00 a.m.

###

Date: January 27, 2022

Vincent P. Zurzolo
United States Bankruptcy Judge

-1-