Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: acaine@pszjlaw.com
        jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>                Debtors. | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>                Plaintiffs,<br><br>      v.<br><br>SHAMAN BAKSHI,<br><br>                Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**MOTION AND REQUEST FOR CONTINUANCE OF HEARING ON MOTION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ORDER PERMITTING WITHDRAWAL AS COUNSEL FOR DEFENDANT SHAMAN BAKSHI**<br><br>**Hearing Date:**<br>Date: April 21, 2022<br><br>**New Hearing Date**:<br>Date: May 5, 2022<br>Time: 11:00 a.m.<br>Court: Courtroom 1368<br>      Roybal Federal Building<br>      255 E. Temple Street<br>      Los Angeles, CA 90012<br><br>Judge: Vincent P. Zurzolo |

Pachulski, Stang Ziehl & Jones LLP ("PSZJ") hereby moves and requests that the Court continue the hearing on the PSZJ's *Motion Of Pachulski Stang Ziehl & Jones LLP For Order Permitting Withdrawal As Counsel For Defendant Shaman Bakshi* (the "Motion") [Dkt. No. 156].

DOCS_LA:343336.1 07977/001

The hearing on PSZJ's Motion is set for April 21, 2022. There has been no prior requests for continuance of the Motion. The present request by the moving party is in good faith and not sought for delay or improper purpose.

PSZJ and the client are in discussions regarding a resolution of the dispute concerning the Firm's continued retention.  Client has sought additional time and the Firm seeks to continue the hearing on the Motion in order to allow client additional time to see if an amicable resolution is possible.  (See Declaration of J. Nolan, ¶3)  PSZJ advised opposing counsel on April 15, 2022 of the development and this Request.  As of the filing, Defendant has not received a response.

PSZJ requests that the hearing on PSZJ's Motion currently scheduled for April 21, 2022 be continued to May 5, 2022 at 11:00 a.m. before the Honorable Vincent P. Zurzolo, in Courtroom 1368 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, California 90012.

Dated: April 15, 2022            PACHULSKI STANG ZIEHL & JONES LLP

By: _*/s/ Jeffrey P. Nolan*_____
Andrew W. Caine
Jeffrey P. Nolan
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

Counsel for Defendant, Shaman Bakshi

DOCS_LA:343336.1 07977/001                    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): MOTION AND REQUEST FOR CONTINUANCE OF HEARING ON MOTION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ORDER PERMITTING WITHDRAWAL AS COUNSEL FOR DEFENDANT SHAMAN BAKSHI will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 15, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brad D Krasnoff (TR)    BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Jon N Owens    nathan.owens@ndlf.com, sue.peterson@ndlf.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 15, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Shaman Bakshi
710 N. El Centro Avenue, #303
Los Angeles, CA  90038

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 15, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Email**
shaman.bakshi@gmail.com

**Via Federal Express**
Honorable Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street
Suite 1360/Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 15, 2022 | Rolanda Mori | */s/ Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_LA:343336.1 07977/001