Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: acaine@pszjlaw.com
       jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

SHAMAN BAKSHI,

                Debtor.

STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,

                Plaintiffs,

     v.

SHAMAN BAKSHI,

                Defendant.

Case No.: 2:18-BK-14672-VZ

Adv. No.: 2:18-ap-01235-VZ

**DECLARATION OF JEFFREY P. NOLAN IN SUPPORT OF MOTION AND REQUEST FOR CONTINUANCE OF HEARING ON THE MOTION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ORDER PERMITTING WITHDRAWAL AS COUNSEL**

**Hearing Date:**
Date: April 21, 2022

**New Hearing Date:**
Date: May 5, 2022
Time: 11:00 a.m.
Place: 255 E. Temple Street
       Courtroom 1368
       Los Angeles, CA 90012

Judge: Vincent P. Zurzolo

I, Jeffrey P. Nolan, declare:

DOCS_LA:343337.1 07977/001

1. I am an attorney, duly licensed and entitled to practice in the State of California and before the above-mentioned court. I am an attorney with the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Defendant in the above-captioned case.

2. I offer this declaration in support of the *Notice of Continuance of Hearing on the Motion of Pachulski Stang Ziehl & Jones LLP for Order Permitting Withdrawal as Counsel To Defendant, Shaman Bakshi.* I have personal knowledge of the facts in this declaration and, if called as a witness, I could and would testify competently thereto.

3. Pachulski Stang Ziehl & Jones LLP (the "Firm") and the client are in discussions regarding a resolution of the dispute concerning the Firm's retention. Client has sought additional time and the Firm seeks to continue the hearing on the *Motion Of Pachulski Stang Ziehl & Jones LLP For Order Permitting Withdrawal As Counsel*, in order to allow client additional time to see if an amicable resolution is possible.

4. On April 15, 2022, I emailed Nathan Owens, attorney for Plaintiff, Stephen Cheikes informing him of the continuance of the hearing date and asking if the new date was amenable to Plaintiff.

5. There has been no prior requests for a continuance.

To the best of my knowledge, I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this 15th day of April, 2022, at Los Angeles, California.

_____
Jeffrey P. Nolan

DOCS_LA:343337.1 07977/001

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF JEFFREY P. NOLAN IN SUPPORT OF MOTION AND REQUEST FOR CONTINUANCE OF HEARING ON THE MOTION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ORDER PERMITTING WITHDRAWAL AS COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 15, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brad D Krasnoff (TR)    BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Jon N Owens    nathan.owens@ndlf.com, sue.peterson@ndlf.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 15, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Shaman Bakshi
710 N. El Centro Avenue, #303
Los Angeles, CA  90038    ☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 15, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Email** | **Via Federal Express** |
|---|---|
| shaman.bakshi@gmail.com | Honorable Vincent Zurzolo |
| | United States Bankruptcy Court |
| | 255 E. Temple Street |
| | Suite 1360/Courtroom 1368 |
| | Los Angeles, CA 90012 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 15, 2022 | Rolanda Mori | */s/ Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_LA:343337.1 07977/001