United States Bankruptcy Court

Central District of California

Cheikes,
    Plaintiff

Bakshi,
    Defendant

Adv. Proc. No. 18-01235-VZ

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Apr 25, 2022     Form ID: pdf031     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4114 |
| dft | + | Shaman Bakshi, 710 N. El Centro Avenue, #303, Los Angeles, CA 90038-4123 |
| pla | + | Stephen Cheikes, 895 Dove St, 5th Floor, Newport Beach, Ca 92660-2999 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | The Storytellers Group Enterprises Co. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad D Krasnoff (TR) | BDKTrustee@DanningGill.com bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com |
| Jeffrey P Nolan | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP jnolan@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Defendant Shaman Bakshi jnolan@pszjlaw.com |
| Jon N Owens | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 25, 2022 | Form ID: pdf031 | Total Noticed: 3 |

Jon N Owens
   on behalf of Plaintiff The Storytellers Group Enterprises Co. nathan.owens@ndlf.com sue.peterson@ndlf.com

   on behalf of Plaintiff Stephen Cheikes nathan.owens@ndlf.com sue.peterson@ndlf.com

United States Trustee (LA)
   ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  acaine@pszjlaw.com
        jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

**FILED & ENTERED**

APR 25 2022

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>                           Debtors. | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>                           Plaintiffs,<br><br>        v.<br><br>SHAMAN BAKSHI,<br><br>                           Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**ORDER APPROVING MOTION AND REQUEST FOR CONTINUANCE OF HEARING ON MOTION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ORDER PERMITTING WITHDRAWAL AS COUNSEL FOR DEFENDANT SHAMAN BAKSHI**<br><br>**Hearing Date**<br>Date:  April 21, 2022<br>Time:  11:00 a.m.<br>Court:  Courtroom 1368<br>        Roybal Federal Building<br>        255 E. Temple Street, Suite 1360/<br>        Courtroom 1368<br>        Los Angeles, CA  90012<br><br>**New Hearing Date**:<br>Date:  May 5, 2022<br>Time:  11:00 a.m.<br>Court:  Courtroom 1368<br>        Roybal Federal Building<br>        255 E. Temple Street, Suite 1360/<br>        Courtroom 1368<br>        Los Angeles, CA  90012<br><br>Judge:  Vincent P. Zurzolo |

The Court has considered the *Motion And Request For Continuance Of Hearing On Motion Of Pachulski Stang Ziehl & Jones LLP For Order Permitting Withdrawal As Counsel For Defendant Shaman Bakshi,* dated April 15, 2021 [Dkt. No. 162], , and good cause appearing,

IT IS HEREBY ORDERED THAT:

The Motion is approved; and

The hearing on the Motion is continued to May 5, 2022 at 11:00 a.m.

# # #

Date: April 25, 2022

_____
Vincent P. Zurzolo
United States Bankruptcy Judge