Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: acaine@pszjlaw.com
       jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

**FILED & ENTERED**

MAY 06 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY  johnson   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI,<br><br>              Debtor. | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>SHAMAN BAKSHI,<br><br>              Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**ORDER RE MOTION OF PACHULSKI STANG ZIEHL & JONES LLP'S WITHDRAWAL AS COUNSEL FOR DEFENDANT SHAMAN BAKSHI**;<br><br><u>Hearing Date:</u><br>Date:   May 5, 2022<br>Time:   11:00 a.m.<br>Court:  Courtroom 1368<br>        Roybal Federal Building<br>        255 E. Temple Street, Suite 1360/<br>        Courtroom 1368<br>        Los Angeles, CA  90012<br><br>Judge:  Vincent P. Zurzolo |

After consideration of the pleadings, the papers filed in connection with Pachulski Stang Ziehl & Jones LLP's motion to withdraw as counsel for Defendant, Shaman Bakshi, and good cause having been shown,

DOCS_LA:343113.1 07977/001

**IT IS HEREBY ORDERED** that Pachulski Stang Ziehl & Jones LLP's motion to withdraw as counsel for Defendant, Shaman Bakshi, is GRANTED.

###

Date: May 6, 2022

Vincent P. Zurzolo
United States Bankruptcy Judge

DOCS_LA:343113.1 07977/001

2