Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: acaine@pszjlaw.com
      jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI,<br><br>　　　　　　　　Debtor. | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SHAMAN BAKSHI,<br><br>　　　　　　　　Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**DECLARATION OF ROLANDA MORI RE SERVICE**<br><br>**Hearing:**<br>Date:  May 5 2022<br>Time:  11:00 a.m.<br>Place: 255 E. Temple Street<br>　　　　Courtroom 1368<br>　　　　Los Angeles, CA 90012<br><br>Judge: Vincent P. Zurzolo |

I, Rolanda Mori, declare as follows:

I am an employee at the law firm of Pachulski Stang Ziehl & Jones LLP (the "Firm"). I have personal knowledge of the facts related herein, and if called to testify thereto, could and would competently do so.

On May 6, 2022, I caused to be served the *Order re Motion of Pachulski Stang Ziehl & Jones LLP's Withdrawal as Counsel for Defendant Shaman Bakshi* via U. S. mail upon:

DOCS_LA:343116.2 07977/001

Shaman Bakshi
710 N. El Centro Avenue, #303
Los Angeles, CA  90038

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of May, 2022, at Los Angeles, California.



_____
Rolanda Mori