NEWMEYER & DILLION LLP
J. NATHAN OWENS, CBN 198546
Nathan.owens@ndlf.com
895 Dove St., Fifth Floor
Newport Beach, CA  92660
(949) 854-7000; (949) 854-7099 (fax)

Attorneys for Plaintiffs
STEPHEN CHEIKES and
STORYTELLERS GROUP
ENTERPRISES CO.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI,<br><br>      Debtor. | CASE NO.:    2:18-bk-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>SHAMAN BAKSHI,<br><br>      Defendant. | ADV. NO.:    2:18-ap-01235-VZ<br><br>**STATUS UPDATE**<br><br>**Hearing**:<br>Date:    June 2, 2022<br>Time:    11:00 a.m.<br>Place:    255 E. Temple St.<br>          Courtroom 1368<br>          Los Angeles, CA<br>Judge:    Vincent P. Zurzolo |

At the last pre-trial conference, the Court continued the pre-trial conference to June 2, 2022 at 11:00 a.m.  The Court also asked Debtor to advise the Court on or before May 12, 2022 as what actions may be taken regarding his deceased expert.  Plaintiff and Debtor did not reach an agreement regarding the use of the expert's declaration at the time of trial.

/ / /

On May 4, 2022, this Court granted Debtor's counsel's request to withdraw as Debtor's counsel. (Doc 168.) At that time, Debtor had not yet retained another expert. Plaintiffs' counsel wrote to Debtor on May 9, 2022 advising Debtor of the June 2, 2022 pre-trial conference. This counsel has received no response from Debtor, nor does this counsel know what Debtor's intentions are related to the deceased expert.

Dated: May 16, 2022

NEWMEYER & DILLION LLP

By: _____
J. Nathan Owens
Attorneys for Plaintiffs
STEPHEN CHEIKES and
STORYTELLERS GROUP
ENTERPRISES CO.



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Newmeyer Dillion LLP
895 Dove Street, 5th Floor, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): _____
STATUS REPORT_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) __05/16/2022____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Brad D. Krasnoff (TR), 1901 Avenue of the Stars, Suite 450, Los Angeles, CA  90068-6006
United States Trustee (LA), 915 Wilshire Blvd., Suite 1850, Los Angeles, CA  90017
Shaman Bakshi, 710 N. El Centro Avenue, #303, Los Angeles, CA  90038

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __05/16/2022____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/16/2022 | Susan L. Peterson | /s/ Susan L. Peterson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**