Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  acaine@pszjlaw.com
        jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>                Debtors. | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>                Plaintiffs,<br><br>      v.<br><br>SHAMAN BAKSHI,<br><br>                Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that the undersigned, now appears for the Defendant, Shaman

Bakshi, and requests copies of all notices, communications and pleadings pursuant to Federal Rules

of Bankruptcy Procedure 9010(b), be addressed to counsel.  All such notices served and/or filed in

this matter shall be served upon him electronically via CM/ECF at jnolan@pszjlaw.com (email

address) and as follows:

                Andrew Caine, Esq.
                Jeffrey P. Nolan, Esq.
                Pachulski Stang Ziehl & Jones LLP
                10100 Santa Monica Blvd., 13th Floor
                Los Angeles, CA  90067
                Telephone:  (310) 277-6910

DOCS_LA:343913.1 07977/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

              Facsimile:   (310) 201-0760
              Email:    jnolan@pszjlaw.com

2

3          Please take further notice that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b),

the foregoing demand includes not only the notices and papers referred to in the rules specified

4

above but also includes, without limitation, notice of any application, complaint, demand, hearing,

5

motion petition, pleading, or request, whether formal or informal, written or oral, and whether

6

transmitted or conveyed by postal mail, electronic mail, delivery, telephone, facsimile, telegraph,

7

telex, or otherwise filed with regard to the above-referenced case and the proceedings therein.

8

9    Dated: June 1, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

10

11

                              By:    */s/ Jeffrey P. Nolan*
12                                   Andrew W. Caine
                                     Jeffrey P. Nolan
13                                   PACHULSKI STANG ZIEHL & JONES LLP
                                     10100 Santa Monica Blvd., 11th Floor
14                                   Los Angeles, California 90067-4100

15                                   Counsel for Defendant, Shaman Bakshi

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:343913.1 07977/001                            2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

# PROOF OF SERVICE OF DOCUMENT

2

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business

3

address is: **10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

4

A true and correct copy of the foregoing document entitled (*specify)* **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** I will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

5

6

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 1, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

7

8

9

- **Brad D Krasnoff (TR)**    BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
- **Jon N Owens**    nathan.owens@ndlf.com, sue.peterson@ndlf.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

10

11

☐      Service information continued on attached page

12

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 1, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

13

14

15

Shaman Bakshi
710 N. El Centro Avenue, #303
Los Angeles, CA  90038               ☐      Service information continued on attached page

16

17

18

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 1, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

19

20

21

**Via Email**                          **Via Federal Express**
shaman.bakshi@gmail.com                  Honorable Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street
Suite 1360/Courtroom 1368
Los Angeles, CA 90012

22

23

24

☐      Service information continued on attached page

25

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

26

 June 1, 2022            Rolanda Mori            */s/ Rolanda Mori*
 *Date*              *Printed Name*              *Signature*

27

28

DOCS_LA:343913.1 07977/001