Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  acaine@pszjlaw.com
         jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

**FILED & ENTERED**

JUN 07 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>                    Debtors. | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>                    Plaintiffs,<br><br>           v.<br><br>SHAMAN BAKSHI,<br><br>                    Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**AMENDED SCHEDULING ORDER**<br><br>**Hearing Date**<br>Date:  June 2, 2022<br>Time:  11:00 a.m.<br>Court: Courtroom 1368<br>         Roybal Federal Building<br>         255 E. Temple Street, Suite 1360/<br>         Courtroom 1368<br>         Los Angeles, CA  90012<br><br>Judge:  Hon. Vincent P. Zurzolo |

Scheduling orders in this adversary proceeding were entered as docket #15 and #47 ("Scheduling Orders"), which contained deadlines for completing discovery, including reports of experts.

A pretrial conference was held on June 2, 2022 at 11:00 a.m.  Appearances were made by counsel for Plaintiffs and Defendant as reflected in the record.

DOCS_LA:343922.2 07977/001

Based on the Pre-Trial Conference, IT IS ORDERED that the Scheduling Orders are amended as follows:

1. The deadline for Defendant to replace his prior designated expert, and designate a new expert including producing an expert report pursuant to Fed R. 26(a)(2), is July 8, 2022

2. The deadline for Plaintiffs to take the expert's deposition, if any, is September 2, 2022.

# # #

Date: June 7, 2022

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

DOCS_LA:343922.2 07977/001

2