United States Bankruptcy Court

Central District of California

Cheikes,
    Plaintiff

Bakshi,
    Defendant

Adv. Proc. No. 18-01235-VZ

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jun 07, 2022      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4114 |
| dft | + | Shaman Bakshi, 710 N. El Centro Avenue, #303, Los Angeles, CA 90038-4123 |
| pla | + | Stephen Cheikes, 895 Dove St, 5th Floor, Newport Beach, Ca 92660-2999 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | The Storytellers Group Enterprises Co. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad D Krasnoff (TR) | BDKTrustee@DanningGill.com  bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com |
| Jon N Owens | on behalf of Plaintiff The Storytellers Group Enterprises Co. nathan.owens@ndlf.com  sue.peterson@ndlf.com |
| Jon N Owens | on behalf of Plaintiff Stephen Cheikes nathan.owens@ndlf.com  sue.peterson@ndlf.com |
| United States Trustee (LA) | |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 07, 2022 | Form ID: pdf031 | Total Noticed: 3 |

ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: acaine@pszjlaw.com
jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

**FILED & ENTERED**

JUN 07 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>Debtors. | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMAN BAKSHI,<br><br>Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**AMENDED SCHEDULING ORDER**<br><br>**Hearing Date**<br>Date: June 2, 2022<br>Time: 11:00 a.m.<br>Court: Courtroom 1368<br>Roybal Federal Building<br>255 E. Temple Street, Suite 1360/<br>Courtroom 1368<br>Los Angeles, CA 90012<br><br>Judge: Hon. Vincent P. Zurzolo |

Scheduling orders in this adversary proceeding were entered as docket #15 and #47 ("Scheduling Orders"), which contained deadlines for completing discovery, including reports of experts.

A pretrial conference was held on June 2, 2022 at 11:00 a.m. Appearances were made by counsel for Plaintiffs and Defendant as reflected in the record.

DOCS_LA:343922.2 07977/001

Based on the Pre-Trial Conference, IT IS ORDERED that the Scheduling Orders are amended as follows:

1. The deadline for Defendant to replace his prior designated expert, and designate a new expert including producing an expert report pursuant to Fed R. 26(a)(2), is July 8, 2022

2. The deadline for Plaintiffs to take the expert's deposition, if any, is September 2, 2022.

### #

Date: June 7, 2022

Vincent P. Zurzolo
United States Bankruptcy Judge

DOCS_LA:343922.2 07977/001

2