Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  acaine@pszjlaw.com
          jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

**FILED & ENTERED**

**JUN 13 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>                    Debtors.<br>STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SHAMAN BAKSHI,<br><br>                    Defendant. | Case No.: 2:18-BK-14672-VZ<br><br><br><br>Adv. No.: 2:18-ap-01235-VZ<br><br>**TRIAL SCHEDULING ORDER**<br><br>**Hearing Date**<br>Date: June 2, 2022<br>Time:  11:00 a.m.<br>Court: Courtroom 1368<br>         Roybal Federal Building<br>         255 E. Temple Street, Suite 1360/<br>         Courtroom 1368<br>         Los Angeles, CA  90012<br><br>Judge:  Vincent P. Zurzolo |

The continued Pre-Trial Conference took place on June 2, 2022 at 11:00 a.m.  Appearances were made by counsel for plaintiff and counsel for defendant.

Based on the Pre-Trial Conference, IT IS ORDERED that:

1.    Trial is scheduled for November 15, and 16, 2022, beginning at 10:00 a.m. with November 17, 2022, available should the trial carry over the  two day estimate

2.    Pre-Trial Stipulations were filed by the parties as reflected in docket entries # 105 and #121. Defendant and Plaintiff shall amend the operative Pre-Trial Stipulation to replace the deceased

expert with the new expert and the relevant excerpts of the Pre-trial Stipulation and file with the Court.

***

Date: June 13, 2022

Vincent P. Zurzolo
United States Bankruptcy Judge