| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>Email:  acaine@pszjlaw.com<br>            jnolan@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for:  Defendant Shaman Bakshi | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>SHAMAN BAKSHI,<br><br>                                                                  Debtors | CASE NO.: 2:18-bk-14672-VZ<br>ADV. NO.: 2:18-bk-01235-VZ<br>CHAPTER: 11 |
|---|---|
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br>                                                                  Plaintiffs,<br>               v.<br>SHAMAN BAKSHI,<br>                                                                  Defendant. | **NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): **AMENDED PRE-TRIAL STIPULATION FOR CLAIMS FOR RELIEF SOLELY AS TO SUBSTITUTE EXPERT FOR DECEASED EXPERT** |

PLEASE TAKE NOTE that the order titled **ORDER ON AMENDED PRE-TRIAL STIPULATION** was lodged on November 1, 2022 and is attached as Exhibit "A".  This order relates to the motion which is docket number 180.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**
DOCS_LA:320670.3 07977/001

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　Page 1　　　**F 9021-1.2.ADV.NOTICE.LODGMENT**
DOCS_LA:320670.3 07977/001

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>Email: acaine@pszjlaw.com<br>       jnolan@pszjlaw.com<br><br>Attorneys for Defendant, Shaman Bakshi<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*   ☐ Plaintiff   ☒ Defendant | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SHAMAN BAKSHI,<br><br>Debtor. | CASE NO.: 2:18-bk-14672 VZ<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:18-bk-01235 VZ |
|---|---|
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHAMAN BAKSHI,<br><br>Defendant. | **ORDER ON AMENDED PRE-TRIAL STIPULATION** |
| | **TRIAL**<br>**DATE**: November 15 and 16, 2022<br>**TIME**: 10:00 a.m.<br>**COURTROOM**: 1368<br>**PLACE**: Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

On November 27, 2019 the parties to this adversary proceeding filed a joint Pre-Trial Stipulation ("Joint PTS") as docket entry #105 and #121, according to the format and content set forth in this court's Model Pre-Trial Stipulation. A Pre-Trial Conference was held on June 2, 2022. At the hearing, Defendant was given leave to designate a new expert and allow Plaintiff expert discovery.

Plaintiff and Defendant amend the exhibit lists and witness list <u>solely</u> with respect to the substitution of the new expert, opinions, and deposition transcript.

Having reviewed the Amended Joint PTS, and based upon the findings and conclusions made at the pre-trial conference captioned above, **IT IS ORDERED** that:

☒ The Amended Joint PTS is approved.

☐ The Joint PTS is not approved.

☐ Other:

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING RE ORDER ON AMENDED PRE-TRIAL STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 1, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brad D Krasnoff (TR)    BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
- Jon N Owens    nathan.owens@ndlf.com, sue.peterson@ndlf.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street
Suite 1360/Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 1, 2022 | Rolanda L. Mori | /s/ Rolanda L. Mori |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**
DOCS_LA:320670.3 07977/001