| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>Email:  acaine@pszjlaw.com<br>         jnolan@pszjlaw.com<br><br>Attorneys for Defendant, Shaman Bakshi<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*   ☐ Plaintiff   ☒ Defendant | **FILED & ENTERED**<br><br>NOV 02 2022<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza  **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI,<br><br>                                                          Debtor. | CASE NO.:  2:18-bk-14672 VZ<br><br>CHAPTER:  7<br><br>ADVERSARY NO.:  2:18-bk-01235 VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>                                                          Plaintiff,<br>vs.<br><br>SHAMAN BAKSHI,<br><br><br><br>                                                          Defendant. | **ORDER ON AMENDED PRE-TRIAL STIPULATION**<br><br>**TRIAL**<br>**DATE**: November 15 and 16, 2022<br>**TIME**:  10:00 a.m.<br>**COURTROOM**: 1368<br>**PLACE**:  Roybal Federal Building<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

On November 27, 2019 the parties to this adversary proceeding filed a joint Pre-Trial Stipulation ("Joint PTS") as docket entry #105 and #121, according to the format and content set forth in this court's Model Pre-Trial Stipulation.  A Pre-Trial Conference was held on June 2, 2022.  At the hearing, Defendant was given leave to designate a new expert and allow Plaintiff expert discovery.

DOCS_LA:345896.3

Plaintiff and Defendant amend the exhibit lists and witness list <u>solely</u> with respect to the substitution of the new expert, opinions, and deposition transcript.

Having reviewed the Amended Joint PTS, and based upon the findings and conclusions made at the pre-trial conference captioned above, **IT IS ORDERED** that:

☒ The Amended Joint PTS is approved.

☐ The Joint PTS is not approved.

☐ Other:

###

Date: November 2, 2022

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

DOCS_LA:345896.3