Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  acaine@pszjlaw.com
           jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI,<br><br>Debtor. | Case No.: 2:18-BK-14672-VZ<br><br>Chapter 7 |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br>                              Plaintiffs,<br>      v.<br>SHAMAN BAKSHI,<br>                              Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**PLAINTIFF AND DEFENDANT'S DESIGNATION OF EXCERPTS OF RECORD FROM DEPOSITION OF ANTOINETTE HARDSTONE TAKEN ON MAY 31, 2019**<br><br>DATE:    November 15, 2022<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 1368<br>             Roybal Federal Building<br>             255 E. Temple St.<br>             Los Angeles, CA 90012 |

COMES NOW, Defendant, and designates the following excerpts of record from the deposition transcript of Antoinette Hardstone, taken on May 31, 2019 and referenced exhibits, as highlighted in blue, and Plaintiff as highlighted in yellow, which copy has been marked and lodged with the Court to be used at time of trial:

1

DOCS_LA:325210.3 07977/001

| United States Bankruptcy Court Adversary Case No. 2:18-ap-01235-VZ | | |
|---|---|---|
| **Designated Testimony** | **Designated By** | **Objections** |
| Page 7, lines 7-23 | Defendant | No objection |
| Pages 7-8, lines 24-2 | Defendant | No objection |
| Page 9, lines 7-15 | Defendant | No objection |
| Pages 13-14, lines 1-8 | Defendant | No objection |
| Page 14, lines 9-25 | Defendant | No objection |
| Pages 15-18, lines 1-24 | Defendant | No objection |
| Pages 18-19, lines 25-14 | Defendant | No objection |
| Page 19, lines 15-24 | Defendant | No objection |
| Pages 20-22, lines 15-4 | Defendant | No objection |
| Pages 22-24, lines 7-25 | Defendant | No objection |
| Page 25, lines 8-23 | Defendant | No objection |
| Pages 26-28, lines 6-7 | Defendant | No objection |
| Pages 28-31, lines 18-25 | Defendant | No objection |
| Pages 32-34, lines 13-19 | Defendant | No objection |
| Pages 34-36, lines 20-19 | Defendant | No objection |
| Pages 41-44, lines 2-14 | Defendant | No objection |
| Pages 44-45, lines 15-15 | Defendant | No objection |
| Pages 45-46, lines 20-4 | Defendant | No objection |

DOCS_LA:325210.3 07977/001

| Designated Testimony | Designated By | Objections |
|---|---|---|
| Pages 46-47, lines 5-7 | Defendant | No objection |
| Page 47, lines 21-25 | Defendant | No objection |
| Pages 49-51, lines 8-4. | Defendant | No objection |
| Pages 51-53, lines 11-25 | Defendant | No objection |
| Pages 54-55, lines 2-1 | Defendant | No objection |
| Page 58, lines 17-23 | Defendant | No objection |
| Pages 59-61, lines 9-9 | Defendant | Plaintiff objects - best evidence rule, speculation |
| Page 62, lines 4-17 | Defendant | No objection |
| Pages 62-65, lines 22-8 | Defendant | Plaintiff objects – hearsay, speculation, lacks foundation, incomplete hypothetical. |
| Page 69, lines 21-25 | Defendant | No objection |
| Pages 72-76, lines 3-6 | Defendant | Plaintiff objects – hearsay, speculation, lacks foundation, irrelevant |
| Pages 76-79, lines 16-7 | Defendant | Plaintiff objects – hearsay, speculation, lacks foundation, irrelevant |
| Page 81, lines 5-18 | Defendant | Plaintiff objects - irrelevant |

COMES NOW, Plaintiff, and designates the following excerpts of record:

| Designated Testimony | Designated By | Objections |
|---|---|---|
| Pages 33-34, lines 25-12 | Plaintiff | No objection |
| Page 69, lines 21-23 | Plaintiff | No Objection |

Dated: November 8, 2019         By:  /s/ Jeffrey P. Nolan
                                    Andrew W. Caine (CA Bar No. 110345)
                                    Jeffrey P. Nolan (CA Bar No. 158923)

3

DOCS_LA:325210.3 07977/001

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:   acaine@pszjlaw.com
             jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

4

DOCS_LA:325210.3 07977/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): PLAINTIFF AND DEFENDANT'S DESIGNATION OF EXCERPTS OF RECORD FROM DEPOSITION OF ANTOINETTE HARDSTONE TAKEN ON MAY 31, 2019 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 7, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brad D Krasnoff (TR)**   BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Jon N Owens**   nathan.owens@ndlf.com, sue.peterson@ndlf.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 7, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street
Suite 1360/Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2022 | Rolanda Mori | */s/ Rolanda Mori* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE
DOCS_LA:346030.1 07977/001