Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: acaine@pszjlaw.com
       jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNI

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI,<br><br>               Debtors. | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>               Plaintiffs,<br><br>v.<br><br>SHAMAN BAKSHI,<br><br>               Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS AND TRIAL TESTIMONY**<br><br>**Trial Date:**<br>Date: November 15, 2022<br>Time: 10:00 a.m.<br>Court: Courtroom 1368<br>       Roybal Federal Building<br>       255 E. Temple Street, Suite 1360<br>       Los Angeles, CA 90012<br><br>Judge: Hon. Vincent P. Zurzolo |

**PLEASE TAKE NOTICE** that, in connection with the trial in the above-captioned adversary proceeding, which is scheduled for November 15, 2022 at 10:00 a.m., before the Honorable Vincent Zurzolo, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Central District of California, 255 E. Temple Street, Suite 1360, Los Angeles, CA,

1   Defendant, Shaman Bakshi ("Defendant") hereby lodges the original deposition transcripts and

2   sealed trial transcripts as follows:

3        1.   Antoinnette Hardstone;

4        2.   Stephen Cheikes.

6        3.   Reporter's Transcript of Proceedings Volume I and II in the case of Steven

7   Cheikes, et al. v. Richard Charles Wlodarczyk heard on September 6, 2018 and 7, 2018.

8   Dated:  November 8, 2022              PACHULSKI STANG ZIEHL & JONES LLP

10                                        By    */s/ Jeffrey P. Nolan*
                                                Andrew W. Caine (CA Bar No. 110345)
                                                Jeffrey P. Nolan (CA Bar No. 158923)
                                                10100 Santa Monica Blvd.
                                                113th Floor
                                                Los Angeles, California  90067-4100
                                                Telephone: 310/277-6910
                                                Facsimile:  310/201-0760

                                                *Attorneys for Defendant, Shaman Bakshi*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS AND TRIAL TESTIMONY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 8, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brad D Krasnoff (TR)**    BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Jon N Owens**    nathan.owens@ndlf.com, sue.peterson@ndlf.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 8, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
Honorable Vincent Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street
Suite 1360/Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2022 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:345969.1 07977/001