

| | |
|---|---|
| 1 | NEWMEYER & DILLION LLP |
| | J. NATHAN OWENS, CBN 198546 |
| 2 | CHRISTOPHER C. STECKBAUER, |
| | CBN 314116 |
| 3 | 895 Dove St., Second Floor |
| | Newport Beach, California 92660 |
| 4 | (949) 854-7000 / (949) 854-7099 (Fax) |
| | Nathan.Owens@ndlf.com |
| 5 | Chris.Steckbauer@ndlf.com |
| 6 | Attorneys for Plaintiffs |
| | STEPHEN CHEIKES, an individual; and THE |
| 7 | STORYTELLERS GROUP ENTERPRISES |
| | CO., a Canadian corporation |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | CASE NO.: | 2:18-BK-14672 |
| | AP CASE NO.: | 2:18-AP-01235-VZ |
| SHAMAN BAKSHI, | JUDGE: | Vincent P. Zurzolo |
| Debtor. | | |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation; | **NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS AND TRIAL TESTIMONY** | |
| Plaintiffs, | DATE: | November 15 and 16, 2022 |
| v. | TIME: | 10:00 a.m. |
| | DEPT.: | Courtroom 1368 |
| SHAMAN BAKSHI, | | Roybal Federal Building |
| Defendant. | | 255 E. Temple Street |
| | | Los Angeles, CA 90012 |
| | JUDGE: | Vincent P. Zurzolo0 |

PLEASE TAKE NOTICE that, in connection with the trial in the above-captioned adversary proceeding, which is scheduled for November 15, 2022 at 10:00 a.m., before the Honorable Vincent Zurzolo, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Central District of California, 255 E. Temple Street, Suite 1360, Los Angeles, CA, Plaintiffs Stephen Cheikes and The Storytellers Group Enterprises Co. ("Plaintiffs") hereby lodge the original deposition transcripts and sealed trial transcripts as follows:

2518.102 / 10028046.1

1    1.    Shaman Bakshi

2    2.    Beth Chrisman

3    3.    Reporter's Transcript of Proceedings _____

4    Dated: November 8, 2022        NEWMEYER & DILLION LLP

By: _____
J. Nathan Owens
Christopher C. Steckbauer
Attorneys for Plaintiffs
STEPHEN CHEIKES, an individual;
and THE STORYTELLERS GROUP
ENTERPRISES CO., a Canadian
corporation



2518.102 / 10028046.1    - 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Newmeyer Dillion LLP
895 Dove Street, Second Floor, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*):  _____
NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS AND TRIAL TESTIMONY_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/08/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brad D. Krasnoff (TR) BDKTrustee@DanningGill.com; bkrasnoff@ecf.axosfs.com; DanningGill@gmail.com
Jeffrey P. Nolan jnolan@pszjlaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __11/09/2022____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent Zurzolo, United States Bankruptcy Court, Central District of California, 255 E. Temple Street, Suite 1360 / Courtroom 1368, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/08/2022 | Rosa Lopez | /s/ Rosa Lopez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   **F 9013-3.1.PROOF.SERVICE**