Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  acaine@pszjlaw.com
           jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

**FILED & ENTERED**

**NOV 10 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>                                           Debtors<br>STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>                                           Plaintiffs,<br><br>       v.<br><br>SHAMAN BAKSHI,<br><br>                                           Defendant. | Case No.:  2:18-BK-14672-VZ<br><br>Chapter 7<br><br>Adv. No.:  2:18-ap-01235-VZ<br><br>**ORDER APPROVING STIPULATION TO CONTINUE TRIAL DATES**<br><br>Current Trial Date:<br>Date:        November 15 and 16, 2022<br>Time:        10:00 a.m.<br><br>New Trial Date:<br>Date:        July 18 and 19, 2023<br>Time:        10:00 a.m.<br>Place:        Courtroom 1368<br>                  Roybal Federal Building<br>                  255 E. Temple Street<br>                  Los Angeles, CA 90012 |

The Court has considered the *Notice of Settlement and Joint Stipulation to Continue Trial,* dated November 9, 2022 [Dkt. No. 198], as agreed to by Stephen Cheikes and The Storytellers

DOCS_LA:346059.1 07977/001

Group Enterprises Co. (the "Plaintiff") and Shaman Bakshi (the "Defendant"), and good cause appearing,

IT IS ORDERED THAT:

1. The Stipulation is approved; and

2. Trial dates are continued to July 18, 2023 at 10:00 a.m. to allow the parties to move forward to document the settlement, effectuate its terms, and file the appropriate dismissals/motion with the Court.

### #

Date: November 10, 2022

Vincent P. Zurzolo
United States Bankruptcy Judge

DOCS_LA:346059.1 07977/001