| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>Email:  acaine@pszjlaw.com<br>            jnolan@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*  Defendant Shaman Bakshi | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>SHAMAN BAKSHI,<br><br><div align="right">Debtors.</div><br><br>STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br><div align="right">Plaintiffs,</div><br>v.<br><br>SHAMAN BAKSHI,<br><br><div align="right">Defendant.</div> | CASE NO.: 2:18-bk-14672-VZ<br>ADV. NO.: 2:18-ap-01235-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** was lodged on March 9, 2023 and is attached as Exhibit "A".  This order relates to the Stipulation of Dismissal with Prejudice which is docket number 204.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                        Page 1                                    **F 9021-1.2.ADV.NOTICE.LODGMENT**
DOCS_LA:347668.1 07977/001

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**
DOCS_LA:347668.1 07977/001

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: acaine@pszjlaw.com
       jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>Debtors | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMAN BAKSHI,<br><br>Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial Date:<br>Date:    July 18 and 19, 2023<br>Time:    10:00 a.m.<br>Place:   Courtroom 1368<br>         Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br><br>Judge:   Hon. Vincent P. Zurzolo |

The Court having read the *Stipulation of Voluntary Dismissal with Prejudice* ("Stipulation") dated December 29, 2022 [Dkt. No. 204], entered by and between Stephen Cheikes and The Storytellers Group Enterprises Co. (the "Plaintiff") and Shaman Bakshi (the "Defendant"), by and through their undersigned counsel of record, and for good cause appearing therefor,

DOCS_LA:347555.1 07977/001

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved; and

2. The adversary proceeding is dismissed with prejudice with each party to bear its own fees and costs.

### 

DOCS_LA:347555.1 07977/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING RE STIPULATION OF DISMISSAL WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 9, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brad D Krasnoff (TR)    BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Jon N Owens    nathan.owens@ndlf.com, sue.peterson@ndlf.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 9, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street
Suite 1360/Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2023 | Rolanda Mori | */s/ Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**
DOCS_LA:347668.1 07977/001