Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  acaine@pszjlaw.com
           jnolan@pszjlaw.com

Attorneys for Defendant, Shaman Bakshi

FILED & ENTERED

MAR 10 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAMAN BAKSHI<br><br>Debtors | Case No.: 2:18-BK-14672-VZ |
| STEPHEN CHEIKES, an individual; and THE STORYTELLERS GROUP ENTERPRISES CO., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMAN BAKSHI,<br><br>Defendant. | Adv. No.: 2:18-ap-01235-VZ<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><u>Trial Date:</u><br>Date:     July 18 and 19, 2023<br>Time:    10:00 a.m.<br>Place:    Courtroom 1368<br>             Roybal Federal Building<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br><br>Judge:    Hon. Vincent P. Zurzolo |

The Court having read the *Stipulation of Voluntary Dismissal with Prejudice* ("Stipulation") dated December 29, 2022 [Dkt. No. 204], entered by and between Stephen Cheikes and The Storytellers Group Enterprises Co. (the "Plaintiff") and Shaman Bakshi (the "Defendant"), by and through their undersigned counsel of record, and for good cause appearing therefor,

DOCS_LA:347555.1 07977/001

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved; and

2. The adversary proceeding is dismissed with prejudice with each party to bear its own fees and costs.

###

Date: March 10, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge

DOCS_LA:347555.1 07977/001